## 45785.   COCHRAN v. THE STATE.

QUILLIAN, Judge. Appeal was taken from judgment which vacated a sentence of 3 years probation and allowed the defendant to withdraw, without prejudice, his plea of guilty. Since the notice of appeal was filed, the appellant has entered a subsequent plea of guilty to the same charges. Thus, the appeal is moot and must be

*Dismissed. Jordan, P. J., and Evans, J., concur.*
SUBMITTED JANUARY 7, 1971—DECIDED MARCH 12, 1971.

Eugene Cochran, *pro se.*
*Lewis R. Slaton, District Attorney, Tony H. Hight,* for appellee.